AO91 (Rev. 12/03)  Criminal Complaint                                                    AUSA

# UNITED  STATES  DISTRICT  COURT

Southern District Of Texas Brownsville Division

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| vs. | |
| | Case Number:  1:11-po-2688 |
| Budha Sing GURUNG | |
| A205 079 042  Nepal | |

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief.  On or about    September 19, 2011    in              Cameron            County, in

the                          Southern District Of Texas                          defendant(s)

the defendant being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title            8            United States Code, Section(s)            1325(a)(1)

I further state that I am a(n)            Border Patrol Agent            and that this complaint is based on the

following facts:

The defendant was apprehended in Brownsville, Texas on September 19, 2011. The defendant is a citizen of Nepal who entered the United States illegally by wading across the Rio Grande River near Brownsville, Texas on September 19, 2011 thus avoiding immigration inspection.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:        ☐ Yes        ☒ No

/S/  Garcia, Mauro  Border Patrol Agent
Signature of Complainant

Garcia, Mauro    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

September 20, 2011                                        at        Brownsville, Texas
Date                                                                        City/State

Felix Recio                U.S. Magistrate Judge
Name of Judge                Title of Judge                                Signature of Judge